IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**KEITH CARROLL,**

    **Plaintiff,**

v.   Civil Action No. 1:17cv1240

**ANDREWS FEDERAL**
**CREDIT UNION ("Andrews FCU"),**

    **Defendant.**

## NOTICE OF SUBMISSION

NOW COMES Defendant Andrews Federal Credit Union ("Defendant"), and respectfully submits this Notice of Submission, asking this Court to accept for filing the Proposed Order, hereto attached as Exhibit A. The Proposed Order was inadvertently not filed with the parties' Joint Motion to Dismiss (Doc. No. 5) and should accompany that filing.

Respectfully submitted,

Dated: December 19, 2017

**Andrews Federal Credit Union**

By: ____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:   (757) 648-1424
Facsimile:   (757) 648-1418
E-mail:   tom.lucas@jacksonlewis.com
*Counsel for Andrews Federal Credit Union*

**Keith Carroll**

By: /s/ Thomas E. Strelka
    Thomas E. Strelka (VSB No. 75488)
    L. Leigh R. Strelka (VSB No. 73355)
    119 Norfolk Avenue, SW
    Warehouse Row, Suite 330
    Roanoke, VA 24011
    (504) 283-0802
    Email: thomas@strelkalaw.com
    Email: leigh@strelkalaw.com
    *Counsel for Plaintiff*

*\*signed by Thomas M. Lucas*
*with permission of Thomas E. Strelka*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing (NEF) to the following:

Thomas E. Strelka, Esq.
L. Leigh R. Strelka, Esq.
STRELKA LAW OFFICE, P.C.
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place, Suite 800
Newport Beach, California 92660

By: _____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:     (757) 648-1424
Facsimile:     (757) 648-1418
E-mail:           tom.lucas@jacksonlewis.com
*Counsel for Andrews Federal Credit Union*

4842-6957-6280, v. 1